AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHELLE FOUST | ) |
| | ) Civil Action No. 1:23-cv-318 |
| Plaintiff | ) |
| v. | ) |
| KYOCERA SGS PRECISION TOOLS, INC. | ) |
| Defendant | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** other: JUDGMENT IS ENTERED in favor of Defendant, Kyocera SGS Precision Toos, Inc., and against Plaintiff, Michelle Foust.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Cristal C. Brisco on Defendant's Motion for Summary Judgment.

DATE: 09/26/2025

*Chanda J. Berta, Clerk of Court*

by   s/J. Barboza
*Signature of Clerk or Deputy Clerk*